

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00461-CR

D'Andria **BALDERRAMA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6542
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 24, 2023.

_____
Beth Watkins, Justice